# United States District Court

SOUTHERN **DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA
V.

LASANDRO PEREZ

**WARRANT FOR ARREST**

**CASE NUMBER:**

**00-6360**

**CR - DIMITROULEAS**

MAGISTRATE JUDGE
SNOW

**TO:** The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   LASANDRO PEREZ

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)  Theft of interstate and foreign shipment of freight,

in violation of Title 18  United States Code, Sections   371; 659 and 2

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $100,000 CSB

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

12/19/00, Fort Lauderdale, Florida
Date and Location

by BARRY S. SELTZER, U.S. Magistrate Judge
Name of Judicial Officer

| **RETURN** | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |