UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

Plaintiff

v.

Lasandro Perez

Defendant

CASE NO. CC-6360 (WPD)
~~876-mm-9301~~

REPORT COMMENCING CRIMINAL ACTION

66769-004

TO: CLERK'S OFFICE
U.S. DISTRICT COURT
All items indicated are to be completed. Information not applicable or unknown will be indicated as "N/A".

FILED BY _flo_
2000 DEC 27 PM 4:33
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIA
D.C.

1. Date and time of arrest: 12-22-00 / 0500 HRS
2. Spoken Language: SPANISH
3. Offense(s) charged: TITLE 18 SECTIONS 371, 659 AND 2
4. U.S. Citizen  [ ] YES  [✓] NO  [ ] UNKNOWN
5. Date of birth: 08-19-74
6. Type of charging document: (Check One)
   [ ] INDICTMENT   [ ] COMPLAINT TO BE FILED/ALREADY FILED
   CASE NO. CC6360 ~~876-mm-9301~~   CASE NO. _____

   DISTRICT: SDF   (Where warrant or complaint is filed.)

   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT

   COPY OF WARRANT LEFT WITH BOOKING OFFICER:  [ ] YES  [ ] NO

   AMOUNT OF BOND. _____
   WHO SET BOND. _____

7. REMARKS: _____

8. DATE: 12-20-00
9. BRIAN HANLON
   ARRESTING OFFICER
10. AGENCY: FBI
11. (305) 471-3435
    PHONE NO.

## *United States District Court*

_____SOUTHERN_____ DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

LASANDRO PEREZ

TO: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

**CASE NUMBER:**

**00-6360-CR-DIMITROULEAS**

MAGISTRATE JUDGE
SNOW

YOU ARE HEREBY COMMANDED to arrest_____LASANDRO PEREZ_____

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) Theft of interstate and foreign shipment of freight,

in violation of Title 18 United States Code, Sections ___371; 659 and 2___

CLARENCE MADDOX                      COURT ADMINISTRATOR\CLERK OF THE COURT
Name of Issuing Officer                           Title of Issuing Officer

_[signature]_                                     12/19/00, Fort Lauderdale, Florida
Signature of Issuing Officer                      Date and Location

Bail fixed at $100,000 CSB w/ Nebbia         by BARRY S. SELTZER, U.S. Magistrate Judge
                                              Name of Judicial Officer

---

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at | | Certified to be a true and correct copy of the document on file Clarence Maddox, Clerk U.S. District Court Southern District of Florida By _[signature]_ Deputy Clerk Date 12/20/00 |
| DATE RECEIVED INFORMATION COPY ONLY MAKE RETURN ON ORIGINAL WARRANT WITH UNITED STATES MARSHAL | NAME INFORMATION COPY ONLY MAKE RETURN ON ORIGINAL WARRANT WITH UNITED STATES MARSHAL | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |