koia.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. __00-6360-CR-DIMITROULEAS/LLS__

UNITED STATES OF AMERICA
(SEALED)

**ORDER ON INITIAL APPEARANCE**

Plaintiff,

Language __SPANISH__
Tape No. __00FX- 153 - 3206__ __758- 800__

v.

AUSA __Don Chase__
Agent __FBI- BRIAN HANLON__

LASANDRO PEREZ

(305) 471-3435

Defendant.

DOB: 8-19-74
Reg # 66769-004

_____/

The above-named defendant having been arrested on __12-22-00__ having appeared before the court for initial appearance on __12-26-00__ and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon

**ORDERED** as follows:

1. _____ appeared as permanent/temporary counsel of record.
Address:_____
Zip Code: _____ Telephone: _____
2. __Richard Moore__ appointed as permanent counsel of record. __CJA__
Address: _____
Zip Code: _____ Telephone: _____
3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 A.M. on _____ __11AM__, 2000. __1/04/01__
4. (Arraignment)/Preliminary/Removal/Identity hearing is set for __10am__ __in Ft Laud__ __1__ 2000.1
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because _____
A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for __10am_____, 2000.
6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:
__$100K PSB cosigned by deft, mother + step father; step father__
__may sign by Cob 12/27/00. Reside w/mother Nancy Garcia__
This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
✓a. Surrender all passports and travel document to the Pretrial Services Office.
✓b. Report to Pretrial Services as follows:___times a week by phone, ___time a week in person;

other: __as dir; tvl rest SD/FL__
c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
✓d. Maintain or actively seek full time gainful employment.

(No hearing held.)

Page 1 of 2

LASANDRO PEREZ

___e. Maintain or begin an educational program.
___f. Avoid all contact with victims of or witnesses to the crimes charged.
___g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___h. Comply with the following curfew: _____
___i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
___j. Comply with the following additional special conditions of this bond:

_____

This bond was set: At Arrest _____
                   On Warrant _____
                   After Hearing _____

   If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is ___

_____

____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

   **DONE AND ORDERED** at Miami, Florida, this 26th day of DECEMBER 2000.

*[signature]*
**UNITED STATES MAGISTRATE JUDGE**
**ANDREA M. SIMONTON**

c: Assistant U.S. Attorney
   Defendant
   Counsel
   U.S. Marshal
   Pretrial Services/Probation