# United States District Court

_____SOUTHERN_____  DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

**WARRANT FOR ARREST**

LASANDRO PEREZ

**CASE NUMBER:**

**TO:** **The United States Marshal**
**and any Authorized United States Officer**

# 00-6360
## CR - DIMITROULEAS
MAGISTRATE JUDGE
Snow

YOU ARE HEREBY COMMANDED to arrest_____LASANDRO PEREZ_____

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense) Theft of interstate and foreign shipment of freight.

in violation of Title 18 United States Code, Sections ___371; 659 and 2___

CLARENCE MADDOX                              COURT ADMINISTRATOR\CLERK OF THE COURT
Name of Issuing Officer                       Title of Issuing Officer

_Sennaya Butler_                              12/19/00, Fort Lauderdale, Florida
Signature of Issuing Officer                  Date and Location

Bail fixed at $100,000 CSB with Nebbia        by BARRY S. SELTZER, U.S. Magistrate Judge
                                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at<br>Miami, FL |

| DATE RECEIVED<br>12/19/00 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. Tassone<br>United States Marshal<br>Southern District of Florida | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST<br>12/22/00 | | Edward Purchase, SDUSM |