## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | LASANDRO PEREZ (B) | CASE NO: | 00-6360-CR-DIMITROULEAS |
| AUSA: | DON CHASE | ATTY: | RICHARD MOORE, ESQ. |
| AGENT: | | VIOL: | |
| PROCEEDING: | ARRAIGNMENT | RECOMMENDED BOND: | 100,000 PSB |

BOND HEARING HELD - yes / no　　　COUNSEL APPOINTED: _____

BOND SET @: _____　　　To be cosigned by: _____

*FILED by D.C. JAN 4 2001 CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Reading of Indictment Waived
Not Guilty plea entered
~~Jury trial demanded~~
Standing Discovery Order requested

(Circle One)
Interpreter Requested
No Interpreter
Now Known
Spanish (Specify Language)

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | Jan 25 | 11 | BSS | |

DATE: 1/4/01　TIME: 11:00　FTL/LSS TAPE # 01- 001　Begin: 2518　End: 2643

