REC'D by ____ D.C.
DKTG

JAN 5 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

FILED by ____ D.C.
JAN -4 2001
CLARENCE MADDOX
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6360-CR-DIMITROULEAS

UNITED STATES OF AMERICA

vs

LASANDRO PEREZ

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on JANUARY 4, 2001, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:          Address: _____
                    _____

                    Telephone: _____

DEFENSE COUNSEL:    Name: ____RICHARD MOORE, ESQ._____

                    Address: _____
                    _____

                    Telephone: _____

BOND SET/CONTINUED: $_100,000 PSB_____

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this __4TH__ day of __JANUARY__, 2001.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _Deputy Butler_
    Deputy Clerk

Tape No. __01- 001__

cc: Copy for Judge
    U. S. Attorney

