DEFT: Lasandro Perez (no deft)    CASE NO: 00-6360-CR-Dimitrouleas
AUSA: Don Chase /Bruce Brown/     ATTNY: Richard Moore /Scott/Saken/Standing/
AGENT: _____        VIOL: _____
PROCEEDING: Status Conference     BOND REC: _____
BOND HEARING HELD - yes/no        COUNSEL APPOINTED: _____
____ BOND SET @ _____

FILED _____ D.C.
INTAKE
JAN 25 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

CO-SIGNATURES: _____
SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ____ Halfway House
    ____ Electronic Monitoring

Discovery out
5 days to try
cont' mot to cont.
pending

A - has not rec'd
discovery

NEXT COURT APPEARANCE: ___  DATE: ___  TIME: ___  JUDGE: ___
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: ___
STATUS CONFERENCE: ___

DATE: 1-25-01   TIME: 11:00am   TAPE # 01-003   PG # 6
2839-3417