**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6360-CR-WPD   DATE: February 12, 2001

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: Spanish

UNITED STATES OF AMERICA   VS.   Lasandro Perez

U.S. ATTORNEY: Terry Bedford for Don Chase   DEFT. COUNSEL: Richard Moore

REASON FOR HEARING: Calendar call / status conf.

RESULT OF HEARING: Deft's Motion to Continue is granted. Court resets the hearing and finds the time from today until trial deemed excludable.

CASE CONTINUED TO: 4/20/01   TIME: 9:00   FOR: Cal Call
MISC: 4/23   2 week trial period

154/