### CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by _AL_ D.C.
APR 17 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

CASE NUMBER: 00-6360-Cr-WD    DATE: April 17, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: Spanish

UNITED STATES OF AMERICA    VS.    Lisandro Perez

U.S. ATTORNEY: Don Chase    DEFT. COUNSEL: Richard Moore

REASON FOR HEARING: Change of Plea

RESULT OF HEARING: Deft sworn and questioned by the Court. Deft to enter guilty plea to Count 2. Gov't agrees to dismiss Count 1 @ time of sentencing. Court accepts guilty.

CASE CONTINUED TO: 6/29/01    TIME: 11:00    FOR: Sentencing
MISC: written plea agreement filed.