UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FROWARD DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

CASE #00-6360-CR-DIMITROULEAS

vs.

LASANDRO PEREZ,
    Defendants,

OBJECTIONS TO PSI



The defendant submits his objections to the PSI in this case as follows:

1. Defendant objects to paragraphs 36 and 48 of the PSI, as they do not give a minimal or minor role to defendant. When all the conspiracy is considered, the defendant, a young man unloading a truck, was either a minimal or minor participant.

2. Defendant objects to paragraph 45, the ten level bump for $305,916.00. Defendant suggests that the loss attributable to him is less. As items were recovered, the actual loss was $174,435.40, resulting in a 9 level bump. Although defendant recognizes Eleventh Circuit law regarding loss, he wishes to note his objection to the bump in his range because of amount of loss. Defendant at no time knew, or had reason to know, the amount of loss.

3. Defendant objects to the two level bump for more than minimal planning. He certainly did not plan regarding this offense. He was asked to participate in the unloading of stolen cargo, and he accepted, which is a crime, but not one deserving a bump for more than minimal planning.

1



4.  Defendant objects to paragraphs 53 and 89, total offense level and guideline provision. Defendant calculates his guidelines as follows: base of 4, plus 9 for amount of loss, minus 4 for minimal role, less two for acceptance. Total offense level: 7, which is 0-6 months (zone A).

5.  If defendant is unsuccessful with his objections, he wishes to preserve the right to request a downward departure based upon a combination of conditions. The first reason is his learning disability (see paragraph 69). Second, as defendant was a simple unloader, it seems unfair that he should have to be jailed for over a year for his limited role. He had no way of knowing the amount of items lost, and defendant suggests that this factor is one not taken into account sufficiently by the guidelines.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this ___6th___ day of ___June___, 2001 to: AUSA DON CHASE, Esq., 500 E. BROWARD Blvd., SUITE 700, Ft. Lauderdale, Fla. 33394-3002, and Maria Monge, USPO, 300 NE 1st ave., Room 315, Miami, Fla. 33132-2126.

Respectfully submitted,

RICHARD A. MOORE, Esq.
1 NE 2nd Ave., #200
Miami, Fla. 33132
305 3732336

2