**CRIMINAL MINUTES**

FILED _____ D.C.

JUN 2 9 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6360-CR-WPD    DATE: June 29, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: William Gomez    INTERPRETER: Spanish

UNITED STATES OF AMERICA    VS.    Leandro Perez

U.S. ATTORNEY: Cox Wise    DEFT. COUNSEL: Richard Moore

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed: 3 years Probation with special condition that the 1st 10 months be spent in home detention without Electronic Monitoring. $174,435.40 Restitution, no fine. $100 Assessment. Ct 1 Dismissed. If ordered Deported, the deft shall remain outside the United States.

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: Deft Informed of Right to Appeal.

