# United States District Court
## Southern District of Florida
### FORT LAUDERDALE DIVISION

RECEIVED

2001 JUL -3 AM 9:18

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| LASANDRO PEREZ | Case Number: 00-6360-CR-WPD |
| | Counsel For Defendant: Richard Moore, Esq. |
| | Counsel For The United States: Donald Chase, AUSA |
| | Court Reporter: Robert Ryckoff |

**THE DEFENDANT:**

[X] pleaded guilty to count(s) TWO

[ ] pleaded nolo contendere to count(s)
which was accepted by the court.

[ ] Was found guilty on count(s)
after a plea of not guilty

FILED by ___ D.C.
JUL 2 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| Title & Section Number(s) | Nature of Offense | Date Offense Concluded | Count |
|---|---|---|---|
| 18 USC § 659 | Receiving and Possessing Goods Valued In Excess of $1,000 Which Had Been Stolen And Constituted Interstate and Foreign Shipment of Freight | 11/2/1999 | TWO |

The defendant is sentenced as provided in pages 2 through __7__ Of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s)

[X] Count(s) ONE (Is) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: 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
Defendant's Date of Birth: 8/19/1974
Defendant's USM Number: 66769-004

Defendant's Residence Address:
973 West 77th Street

Hialeah, FL 33014

Defendant's Mailing Address:
973 West 77th Street

Hialeah, FL 33014

June 29, 2001
Date of Imposition of Judgment

Signature of Judicial Officer

**William P. Dimitrouleas**
United States District Judge

Date: July 2, 2001

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By ___ Deputy Clerk
Date ___



No further action required by the U.S. Marshals Service.

James A. Tassone
UNITED STATES MARSHAL

Sabrina Livingston
SDUSM