UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO. 00-6360-CR-DIMITROULEAS

Plaintiff,

vs.

LASANDRO PEREZ,

Defendant.

_____/

## ORDER GRANTING MOTION TO CORRECT JUDGEMENT

THIS CAUSE having come before the Court on the Defendant's July 11, 2001 Motion To Correct Judgment [DE-250], and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that said motion is GRANTED. Defendant is to pay restitution during the period of the probation.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 13 day of July, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Don Chase, AUSA

Richard A. Moore, Esquire
1 N.E. 2nd Avenue, #200
Miami, FL 33132

U.S.P.O.
Financial Services