UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.

APR 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

UNITED STATES OF AMERICA,   CASE NO. 00-6360-CR-DIMITROULEAS

    Plaintiff,

vs.

JOSE ALBERTO MENDEZ,
PABLO ANAYA,
DIORKI MEDINA,
RAMON VILLARES,
ALDO FERNANDEZ,
LASANDRO PEREZ and
ADRIANO MARTINEZ,

    Defendants.
_____/

## ORDER

THIS CAUSE having been heard upon Defendant Jose Mendez's March 29, 2004 Agreed Motion to Correct [DE-391] and the Court having considered the Government's April 8, 2004 Motion to Correct Judgments [DE-395] and the Court having reviewed the Court file, the Agreed Motion to Correct [DE-391] and the Motion to Correct [DE-395] are Granted. The restitution amount as to Count II is changed from $174,435.40 to $96,480.60, joint and several liability, as to each Defendant. Amended Judgments and sentences will be filed.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 12 day of April, 2004.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Donald Chase, AUSA
Juan De Jesus Gonzalez, Esquire
Leonard P. Fenn, Esquire
Alberto F. Sarasua, Esquire
Rene Palomino, Esquire
Arnaldo Suri, Esquire
Richard Moore, Esquire
Stephen Golembe, Esquire