ERS:rl

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6360-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LASANDRO PEREZ,

    Defendant.
_____/



### SATISFACTION OF JUDGMENT AND RELEASE OF LIEN

Plaintiff, United States of America, through its undersigned United States Attorney for the Southern District of Florida, does hereby release and relinquish that certain Judgment in a criminal case entered by the United States District Court for the Southern District of Florida on June 29, 2001, against Defendant, Lasandro Perez. A Judgment Lien relating thereto was duly recorded on April 03, 2002, in Official Records Book 20309, Page 1141, of the Public Records of Miami-Dade County, Florida.

Said Judgment is relinquished as the restitution was paid in full.



The Clerk of the United States District Court for the Southern District of Florida is hereby authorized and empowered to cancel said judgment of record.

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

Witness my hand and seal this 15th day of August, A.D. 2006.

Signed, Sealed and Delivered in Presence of:

*Brenda Glasford*
Brenda Glasford

*Colleen A. Perez*
Colleen A. Perez

Elizabeth Ruf Stein
Assistant U.S. Attorney
FL. Bar No. 354945
99 N.E. 4th Street, #313
Miami, FL  33132-2111
TEL (305) 961-9313
FAX (305) 530-7139

STATE OF FLORIDA,
COUNTY OF DADE,

I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State aforesaid and in the County aforesaid, to take acknowledgments, personally appeared Elizabeth Ruf Stein, Assistant U.S. Attorney to me known to be the person described in and who executed the foregoing instrument and she acknowledged before me that she executed the same.

WITNESS my hand and official seal in the County and State last aforesaid this 15th day of AUGUST, A.D. 2006.

Rolando A. Leon
MY COMMISSION # DD142399 EXPIRES
September 3, 2006
BONDED THRU TROY FAIN INSURANCE, INC.

Rolando A. León
NOTARY PUBLIC, State of Florida

DID not take an oath

My Commission Expires:

This Instrument prepared by:  Elizabeth Ruf Stein
Assistant U.S. Attorney
99 NE 4th Street, #313
Miami, Florida  33132-2111